UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCO THONY CADEJUSTE,
D.O.C. # K61767,

    Plaintiff,

v.                                                                       4:21cv290–WS/MAF

H. WELLS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 24) docketed February 17, 2022. The magistrate judge recommends that this case be dismissed as frivolous. The plaintiff's copy of the report and recommendation has been returned to the court marked "Return to Sender—Vacant—Unable to Forward." Although it is his responsibility to do so, the plaintiff has not provided the court within a valid mailing address.

    Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 24) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's amended complaint and this action are hereby DISMISSED as frivolous.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this ___17th___ day of ___March___, 2022.


                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE